IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 SEP 12 PM 4: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CAROLYN WATSON,
Special Administratrix of the
Estate of Michael Simon,

    Plaintiff,

vs.                                    No. 04-2400-B/An

ANDREA HERENTON and
RODNEY HERENTON,

    Defendants.

## ORDER OF REFERENCE

The above action is hereby referred to the Honorable S. Thomas Anderson, U.S. Magistrate Judge, for the purpose of conducting a scheduling conference.

**IT IS SO ORDERED.**

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

9/12/05
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CV-02400 was distributed by fax, mail, or direct printing on September 12, 2005 to the parties listed.

---

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lanier Fogg
LAW OFFICE OF R. LANIER FOGG
294 Washington Ave.
Memphis, TN 38103--191

Honorable J. Breen
US DISTRICT COURT