IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 15 PM 5: 34

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| CAROLYN WATSON,<br>Special Administratrix of the<br>Estate of Michael Simon,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREA HERENTON and<br>RODNEY HERENTON,<br><br>    Defendants. | NO.: 04-2400-B-An |

## ORDER

Pursuant to an Order of Reference entered September 12, 2005, this case has been referred to the Magistrate Judge for a new scheduling conference.

Counsel are therefore directed to confer regarding proposed deadlines and submit to the Court within 15 days from entry of this Order a proposed Amended Scheduling Order which is consistent with the Court's normal Scheduling Order.

**IT IS SO ORDERED.**

*S. Thomas Anderson*

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: September 15, 2005

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-16-05

38

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:04-CV-02400 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

DeWitt M. Shy
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Lanier Fogg
LAW OFFICE OF R. LANIER FOGG
294 Washington Ave.
Memphis, TN 38103--191

Taylor Cates
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT